UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JOHNSON, JR., | NO. EDCV 08-1922-GW(CT) |
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY RANCHO DISTRICT TRIAL COURT, JUDGE MARY E. FULLER, DESTRUCTION OF EXHIBITS MOTION, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the petition for writ of mandate is dismissed.

DATED: April 10, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE